04-CV-411-03

USAV
Tianna K. Hay

# ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of probation be reduced by one year.  Her new expiration date is now April 26, 2007.

**DATED** this ___31___ day of May, 2006.

The Honorable James A. Redden
Senior U.S. District Judge

*ORDER—HUFMAN, TIANNA KAY, Page 2*